Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christopher Black,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Autovest, LLC, and Fulton, Friedman & Gullace, LLP,<br><br>　　　　Defendants. | No. CV15-0773-PHX-JZB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff and Defendants hereby stipulate to the dismissal of this action with prejudice, each party to bear its own fees and costs.

/ / /

DATED    March 15, 2016    .

_s/ Floyd W. Bybee_
Floyd W. Bybee, #012651
**BYBEE LAW CENTER, PLC**
90 S. Kyrene Rd., Ste. 5
Chandler, AZ 85226-4687
Office: (480) 756-8822
Fax: (480) 302-4186
floyd@bybeelaw.com

Attorney for Plaintiff

_s/ Cynthia Fulton_
Cynthia Fulton
**FULTON FRIEDMAN & GULLACE,**
3150 N. 24th St Ste B-200
Phoenix, Arizona 85016-7344
Office:  (602) 748-4331
Fax:  (602) 254-3788
cynthia.fulton@fultonfriedman.com

Attorney for Defendant
  Fulton Friedman & Gullace, LLP

_s/ Tomio B. Narita_
Tomio B. Narita
**Simmonds & Narita LLP**
44 Montgomery St Ste 3010
San Francisco, CA 94104

Attorney for Defendant
  Autovest, LLC